```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TZVEE WOOD and ANDREA MALESTER,

                Plaintiffs,

-against-                      14 Civ. 7535 (AT)

MUTUAL REDEVELOPMENT HOUSES, INC., et al.,

                Defendants.

TZVEE WOOD and ANDREA MALESTER,

                Plaintiffs,

-against-                      18 Civ. 726 (AT)

MUTUAL REDEVELOPMENT HOUSES, INC., et al.,                    **ORDER**

                Defendants.

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated September 13 and 14, 2022. ECF Nos. 372–73. Plaintiffs request that the Court "correct the docket" in this action for their "pending appeals." ECF No. 372 at 1. With respect to Plaintiffs' requests to docket the receipt of *ex parte* submissions sent to the Court via email, *id.* (requests 1–3), the Court concludes that those items are appropriately undocketed. As for Plaintiffs' requests to docket materials from their papers in opposition to Defendants' motion for summary judgment, *id.* at 1–2 (requests 4–7), the Court concludes that those materials are appropriately docketed. *See, e.g.*, ECF No. 332–41. Accordingly, Plaintiffs' request to correct the docket is DENIED.

      The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

      SO ORDERED.

Dated: September 15, 2022
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge